
1  Geri N. Kahn (State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   465 California Street, Suite 609
3  San Francisco, CA 94104
   Tel. (415) 397-5446
4  Fax (800) 375-5956

5  Attorney for Plaintiff
   Rowland Gene Perry
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | Rowland Gene Perry,                              | Case No. 2:16-cv-01116 AC
12 |         Plaintiff,                               | **Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment; [Proposed Order]**
13 | vs.                                              |
14 | Carolyn W. Colvin, Acting Commissioner of Social Security |
15 |                                                  |
16 |         Defendant                                |

17        Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of

18 record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's

19 counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

20        1.   Plaintiff's counsel has been dealing with significant health issues and recently had

21             surgery.  She is recovering and has been out of the office

22        2.   Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel.  Ms. Lahey has

23             indicated that she will not object to the request for a 60 day extension of time for counsel

24             to prepare her brief.

25        3.   Should the request be granted, Plaintiff's brief will be due on December 20, 2016,

26             Defendant's reply brief on January 19, 2017, and Plaintiff's optional response brief on

27             February 2, 2017.

28

Case No. 2:16-cv-01116 AC                              1
STIPULATION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT; [PROPOSED ORDER]

Respectfully submitted,

Dated:  October 21, 2016         /s/ Geri N. Kahn
                                 GERI N. KAHN
                                 Attorney for Plaintiff


Dated:  October 21, 2016         /s/ Sharon Lahey
                                 SHARON LAHEY
                                 Special Assistant United States Attorney
                                 (*By email authorization on October 21, 2016)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: October 28, 2016          _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE