Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Rowland Gene Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rowland Gene Perry,<br><br>    Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01116 AC<br><br>**Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment; [~~Proposed~~ Order]** |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1.  Plaintiff's counsel had surgery and was recovering but developed complications and her recovery has been somewhat delayed. She has been out of the office longer than anticipated and has been unable to complete the brief. She needs additional time to complete the brief.

2.  Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel. Ms. Lahey has indicated that she will not object to the request for a 30 day extension of time for counsel to prepare her brief.

3.  Should the request be granted, Plaintiff's brief will be due on January 19, 2017, Defendant's reply brief on February 20, 2017, and Plaintiff's optional response brief on March 6, 2017.

Respectfully submitted,

Dated:  December 19, 2016    /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff


Dated:  December 19, 2016    /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney
(*By email authorization on December 19, 2016)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: December 28, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case No. 2:16-cv-01116 AC          2
STIPULATION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]