Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Rowland Gene Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rowland Gene Perry,<br><br>    Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>    Defendant | Case No. 2:16-cv-01116 AC<br><br>**Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment; [~~Proposed~~ Order]** |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel had a few emergency situations to handle after the New Year upon her return to the office and has not been able to complete the brief.

2. Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel. Ms. Lahey has indicated that she will not object to the request for a 14 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on February 2, 2017, Defendant's reply brief on March 6, 2017, and Plaintiff's optional response brief on March 20, 2017.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 19, 2017 | /s/ Geri N. Kahn<br>GERI N. KAHN<br>Attorney for Plaintiff |
| Dated: January 19, 2017 | /s/ Sharon Lahey<br>SHARON LAHEY<br>Special Assistant United States Attorney<br>(*By email authorization on January 19, 2017) |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 23, 2017

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case No. 2:16-cv-01116 AC                              2
STIPULATION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]