Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Rowland Gene Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rowland Gene Perry,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:16-cv-01116 AC<br><br>**Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment; [P̶r̶o̶p̶o̶s̶e̶d̶ Order]** |

　　　Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

　　　1.　　Plaintiff's counsel has been diligently working on her brief, however she has had some issues arise in her other practice area of immigration law which have demanded her time. She anticipates no further delay in completing her brief.

　　　2.　　Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel.  Ms. Lahey has indicated that she will not object to the request for a 14 day extension of time for counsel to prepare her brief.

　　　3.　　Should the request be granted, Plaintiff's brief will be due on February 16, 2017, Defendant's reply brief on March 20, 2017, and Plaintiff's optional response brief on April 3, 2017.

Case No. 2:16-cv-01116 AC　　　　　　　　1
STIPULATION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]

                                        Respectfully submitted,

Dated: February 2, 2017                           /s/ Geri N. Kahn
                                                        GERI N. KAHN
                                                        Attorney for Plaintiff

Dated: February 2, 2017                           /s/ Sharon Lahey
                                                        SHARON LAHEY
                                                        Special Assistant United States Attorney
                                                        (*By email authorization on February 2, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 6, 2017

                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE