PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROWLAND GENE PERRY, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br>  Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-01116-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 30 days.  The current deadline is March 20, 2017, and the new deadline would be April 19, 2017.  Any reply shall be due on or before May 3, 2017.  This is Defendant's first request for an extension of time and the fifth request for an extension of time in the above-captioned matter.  Defense counsel requests this additional time so that she may continue to consider the possible settlement of this matter without further briefing by the parties.

/ / / /

/ / / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DEF.'S OPP. & CROSS-MOT. SUMM. J.                                         CASE NO.: 2:16-cv-01116-AC

Dated:  March 20, 2017                                    Respectfully submitted,

                                                          GERI N. KHAN

                                    By:     /s/  *Geri N. Khan*
                                                   GERI N. KHAN
                                                   (As authorized by email on March 20, 2017)

                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                    By:     /s/  *Sharon Lahey*
                                                 SHARON LAHEY
                                               Special Assistant U.S. Attorney

## **ORDER**

Good cause appearing, and pursuant to stipulation, it is approved and so ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before April 19, 2017.  Any reply shall be due on or before May 3, 2017.


Dated: March 28, 2017

                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE