1 PHILLIP A. TALBERT
Acting United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
SHARON LAHEY (CBSN 263027)
4 Special Assistant United States Attorney
160 Spear Street, Suite 800
5 San Francisco, California 94105
Telephone: (415) 977-8963
6 Facsimile (415) 744-0134
7 E-Mail: sharon.lahey@ssa.com

8
9 Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROWLAND GENE PERRY, | Case No.: 2:16-cv-01116-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 30 days. The current deadline is April 19, 2017, and the new deadline will be May 19, 2017. Any reply shall be due on or before June 2, 2017. This is Defendant's second request for an extension of time and the sixth request for an extension of time in the above-captioned matter. Defense counsel requests this additional time so that she may continue to consider the possible settlement of this matter without further briefing by the parties.

/ / / /

/ / / /

DEF.'S OPP. & CROSS-MOT. SUMM. J.                    CASE NO.: 2:16-cv-01116-AC

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: April 18, 2017     Respectfully submitted,

GERI N. KAHN

By:  /s/ *Geri N. Khan*
GERI N. KAHN
(As authorized by email on April 18, 2017)

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

## **ORDER**

Good cause appearing, and pursuant to stipulation, it is approved and so ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before May 19, 2017. Any reply shall be due on or before June 2, 2017.

Dated: April 19, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE