| | |
|---|---|
| 1 | Geri N. Kahn (State Bar Number 148536) |
| 2 | geri@gerinkahn.com<br>Law Office of Geri N. Kahn |
| 3 | 465 California Street, Suite 609<br>San Francisco, CA 94104 |
| 4 | Tel. (415) 397-5446<br>Fax (800) 375-5956 |
| 5 | Attorney for Plaintiff |
| 6 | Rowland Gene Perry |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rowland Gene Perry,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:16-cv-01116 AC<br><br>**Stipulation of time for Plaintiff to file optional Response Brief in Support of Motion for Summary Judgment; [P̶r̶o̶p̶o̶s̶e̶d̶ Order]** |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a response brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has had other cases with pressing deadlines and has not yet had sufficient time to finish the response brief.

2. Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel. Ms. Lahey has indicated that she will not object to the request for a 14 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on June 16, 2017.

Case No. 2:16-cv-01116 AC　　　1
STIPULATION OF TIME FOR PLAINTIFF TO FILE OPTIONAL RESPONSE BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]

Respectfully submitted,

Dated: June 2, 2017 /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 2, 2017 /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney
(*By email authorization on June 2, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 5, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE